**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

William Eldredge,                                          Court File No: 09-2018 (SRN/JSM)

          Plaintiff,

v.

City of Saint Paul and
Saint Paul Department of Fire and Safety Services,

          Defendants.

---

**ORDER ON PLAINTIFF'S MOTION TO REQUIRE INTRODUCTION OF PLAINTIFF'S RESPONSES TO DEFENDANTS' INTERROGATORIES IN THEIR ENTIRETY**

---

The above-entitled matter came on for hearing before the Honorable Susan Richard Nelson on September 16, 2011 on Plaintiff's Motion to Require Introduction of Plaintiff's Responses to Defendants' Interrogatories in Their Entirety [Doc. No. 232].

Based on all the files, records and proceedings herein, including the arguments of counsel, IT IS HEREBY ORDERED:

1.    Plaintiff's Motion to Require Introduction of Plaintiff's Responses to Defendants' Interrogatories, Set II, in Their Entirety [Doc. No. 232] is **GRANTED**.

Dated: Sept. 16, 2011                    BY THE COURT:

                                                      s/Susan Richard Nelson
                                                      Judge Susan Richard Nelson
                                                      District Court Judge